IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRISTIAN YOBERLIN VASQUEZ FUENTES,** | : : : : | |
| *Petitioner,* | : : | **CIVIL ACTION** |
| v. | : : : | |
| **J.L. JAMISON**, Warden, Philadelphia Federal Detention Center; **DAVID O'NEILL**, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security; and **PAM BONDI**, Attorney General of the United States, | : : : : : : : : : : : : | No. 25-cv-7127 |
| *Respondents.* | : | |

**ORDER**

**AND NOW**, this **18th** day of **December 2025**, upon review of Petitioner Cristian Yoberlin Vasquez Fuentes' Petition for a Writ of Habeas Corpus (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **December 22, 2025, at 12:00 p.m. (noon)**.

2. Petitioner shall **HAND DELIVER** the Petition (ECF No. 1) and the instant Order to the U.S. Attorney's Office for the Eastern District of Pennsylvania, and certify on the record to whom in the U.S. Attorney's Office the Petition (ECF No. 1) and the instant Order were served, on or before **December 19, 2025 at 12:00 p.m. (noon).**

3. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents on or before **December 19, 2025** at 5:00 p.m.

4. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

5. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **December 22, 2025, at 4:00 p.m.**

6. If Respondents do not file a letter response raising meritorious issues on or before **December 22, 2025, at 4:00 p.m.**, the Court shall enter an Order affording a bond hearing to Petitioner, and that Order will require the bond hearing to occur on or before **December 23, 2025**.

7. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

                                **BY THE COURT:**

                                /s/ Chad F. Kenney

                                _____

                                **CHAD F. KENNEY, JUDGE**