# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRISTIAN YOBERLIN VASQUEZ FUENTES,** : | | **CIVIL ACTION** |
| *Petitioner*, : | | |
| : | | |
| **v.** : | | |
| : | | |
| **J.L. JAMISON, et al.,** : | | |
| *Respondents*. : | | **NO. 25-cv-7127** |

## ORDER

**AND NOW** this **22nd** day of **December 2025**, upon receipt of correspondence from the parties, it is hereby **ORDERED** that Courtroom 11B is available for a hearing officer to conduct the bond hearing as required by ECF No. 2 on **Tuesday, December 23, 2025 at 9:00 a.m.**

It is further **ORDERED** that the parties shall file a Joint Status Letter updating the Court as to the results of the December 23, 2025 bond hearing, on or before **December 29, 2025 at 5:00 p.m.** Further, the parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**