## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRISTIAN YOBERLIN VASQUEZ FUENTES,** : | | **CIVIL ACTION** |
| *Petitioner*, : | | |
| : | | |
| **v.** : | | |
| : | | |
| **J.L. JAMISON, et al.,** : | | |
| *Respondents*. : | | **NO. 25-cv-7127** |

## <u>ORDER</u>

**AND NOW**, this **22nd** day of **December 2025**, upon consideration of Petitioner Cristian Yoberlin Vasquez Fuentes' Petition for a Writ of Habeas Corpus (ECF No. 1) and Respondents' Letter (ECF No. 7), it is hereby **ORDERED** that Petitioner Cristian Yoberlin Vasquez Fuentes' Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **<u>December 23, 2025</u>**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **<u>December 23, 2025</u>** as required herein, Petitioner must be immediately released from detention while he awaits his bond hearing.

4. Respondents shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing.

If the immigration judge determines that the Petitioner is subject to detention under 8 U.S.C. § 1226(a), Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise that require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**