**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRISTIAN YOBERLIN VASQUEZ FUENTES,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **J.L. JAMISON, et al.,** | : | |
| *Respondents*. | : | **NO. 25-cv-7127** |

## <u>O R D E R</u>

      **AND NOW**, this 13th day of January 2026, after review of the docket, upon consideration of the Parties Status Report (ECF No. 10), and there being nothing further before this Court, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the above-captioned matter.

                                        **BY THE COURT:**

                                        **/s/ Chad F. Kenney**

                                        **CHAD F. KENNEY, JUDGE**