IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christian Yoberlin Vasquez Fuentes, *Petitioner*, <br><br> v. <br><br> J. L. Jamison, in his official capacity as Warden, Federal Detention Center, Philadelphia, *et al*, <br><br> *Respondents*. | Civil Action No. 25-cv-7127 |

## Stipulation Allowing Transfer

Petitioner Christian Yoberlin Vasquez Fuentes and Respondents, stipulate to Petitioner's transfer to the Moshannon Valley Processing Center to attend his next remote immigration court hearing scheduled for March 30, 2026.

This stipulation is pursuant to the Court's December 18th Order, Paragraph 4.

Dated: March 24, 2026

So stipulated,

DAVID METCALF
United States Attorney

/s/ Emma Marie Tuohy
EMMA MARIE TUOHY
Landau, Hess, Simon, Choi & Doebley
190 N. Independence Mall West, Suite 501
Philadelphia, PA 19106
etuohy@lhscimmigration.com
215-925-0705

*Attorney for Plaintiff*

/s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
anthony.stjoseph@usdoj.gov
215-861-8200

*Counsel for Defendants*

APPROVED BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

**Date: March 24, 2026**