**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRISTIAN YOBERLIN VASQUEZ FUENTES,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Philadelphia Federal Detention Center;** *et al.,* | : | **No. 25-cv-7127** |
| | : | |
| *Respondents.* | : | |

## <u>ORDER</u>

**AND NOW**, this **24th** day of **March 2026**, upon review of the parties' Stipulation Allowing Transfer (ECF No. 12), and the docket, it is hereby **ORDERED** that any restrictions previously imposed on Petitioner's location by this Court are now lifted.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**